# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## CASE NO. 14-CV-62745-ALTONAGA/O'SULLIVAN

HOWARD COHAN,                                       :
                                                    :
      Plaintiff,                                   :
v.                                                  :
                                                    :
PLAZA BEACH HOTEL CORP and PLAZA                    :
BEACH LLC d/b/a OCEAN SKY HOTEL,                    :
                                                    :
      Defendants.                                  :
_____ /

## JOINT NOTICE OF SETTLEMENT

Plaintiff, HOWARD COHAN, and Defendants, PLAZA BEACH HOTEL CORP and PLAZA BEACH LLC d/b/a OCEAN SKY HOTEL, ("Parties") by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file the finalized documents within twenty (20) days and should not be required to file any further motions and/or pleadings.

Respectfully submitted,

By: _____/s/_____          By: _____/s/_____

**Mark D. Cohen, Esq.**                      **John S. Andrews, Esq.**
**Mark D. Cohen P.A.**                       **Attorney-At-Law**
**Presidential Circle**                      **John S. Andrews, P.A.**
**4000 Hollywood Blvd, Suite 435 S.**        **1501 N.E. Fourth Avenue**
**Hollywood, FL 33021**                      **Fort Lauderdale, Florida 33304**
**Ph: (954)962-1166**                        **Ph: (954) 522-6700**
**Fax: 962-1779**                            **Fax: (954) 765-1325**
mdcohenpa@yahoo.com                          jsa99@bellsouth.net
**Counsel for Plaintiff**                    **Counsel for Defendants**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 14, 2015, I electronically filed the foregoing

document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served on parties identified on the attached Service List in the manner specified either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notice of Electronic Filing.

                                          Respectfully Submitted,

                                        _/s/ Mark D. Cohen_
                                       Mark D. Cohen Esq.
                                       Florida Bar No. 347345

**SERVICE LIST**

John S. Andrews, P.A.
1501 N.E. Fourth Avenue
Fort Lauderdale, Florida 33304
Ph: (954) 522-6700
Fax: (954) 765-1325
jsa99@bellsouth.net