UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-62745-CIV-ALTONAGA/O'Sullivan

**HOWARD COHAN**,

    Plaintiff,
v.

**PLAZA BEACH HOTEL CORP** and **PLAZA BEACH LLC** d/b/a **OCEAN SKY HOTEL**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon the parties' Motion for Approval and Entry of Consent Decree and to Dismiss Action with Prejudice ("Motion") [ECF No. 18]. Being fully advised, it is

**ORDERED AND ADJUDGED** that Motion is **GRANTED**. The Consent Decree, in the form attached to the Motion, is APPROVED and ENTERED, with the Court retaining jurisdiction over this matter for the purpose of enforcement of the Consent Decree. The above-styled cause is DISMISSED with prejudice, and any pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida this 21st day of January, 2015.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record